|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED**<br>MAY - 6 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| | **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br>Robert Carlucci<br>Jacquelyn Carlucci | CASE NO.: 6:17-bk-10732-WJ<br>CHAPTER: Chapter 7 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:** Transposition error:
   Name(s): Anthony Cheng
   Mailing Address: 2781 W. MacArthur Blvd Ste B321
   City, State, Zip Code: Santa Ana, CA 92704

3. **New Address:**
   Mailing Address: 2781 W. MacArthur Blvd Ste B321
   City, State, Zip Code: Santa Ana, CA 92704

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 5/6/2019

Requestor's printed name(s): Anthony Cheng / Tony Cheng

Requestor's signature(s): Anthony Cheng / Tony Cheng

Title (if applicable, of corporate officer, partner, or agent) _____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015    F 1002-1.3.CHANGE.ADDRESS